**FILED**

FEB 13 2008 *aew*
Feb 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Rev. 10/02

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| UNITED STATES DISTRICT COURT | WESTERN DISTRICT OF KENTUCKY | |
|---|---|---|
| Name of Movant  LONNIE EVANS | Prisoner No. 18421-424 | Case No. 06CR3-1 |
| Place of Confinement  FCI ASHLAND - SATELLITE CAMP | | |

| UNITED STATES OF AMERICA | V. | LONNIE EVANS |
|---|---|---|
| | | (name under which convicted) |

## MOTION

1. Name and location of court which entered the judgment of conviction under attack: **NORTHERN DISTRICT OF ILLINOIS  219 SOUTH DEARBORN  CHICAGO, IL 60604**

2. Date of judgment of conviction: **FEBRUARY 28TH 2007**

3. Length of sentence: **24 MONTHS**

4. Nature of offense involved (all counts): **COUNT ONE: CONSPIRACY TO DEFRAUD THE GOVERNMENT WITH RESPECTS TO CLAIMS   COUNT TWO THROUGH TEN: FILING FALSE TAX RETURNS**

5. What was your plea? (Check one)
   (a) Not guilty  ☐
   (b) Guilty  ☒
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   _____

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☐
   (b) Judge only  ☐

7. Did you testify at trial?  Yes ☐  No ☐

8. Did you appeal from the judgment of conviction?  Yes ☐  No ☒

**08CV941
JUDGE CASTILLO
MAGISTRATE JUDGE KEYS**

9. If you did appeal, answer the following:

   (a) Name of court to which you appealed: _____

   (b) Date the appeal was filed: _____

   (c) Result: _____

   (d) Date of result and citation, if known: _____

   (e) Grounds raised: _____

   _____

   (f) If you sought further review of this decision by petitioning for certiorari in the United States Supreme Court, please answer the following with respect to your direct appeal:

   (1) The date the petition for certiorari was filed: _____

   (2) Result: _____

   (3) Date of result and citation, if known: _____

   (4) Grounds raised: _____

   _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in *any* federal court?

    Yes ☐    No ■

11. If your answer to 10 was "yes," give the following information (Use separate section for each petition/application/motion filed). You may attach additional pages if you filed more than two petitions/applications/motions:

    First petition/application/motion

    (a) Name of court: _____

    (b) Date the first petition, application, or motion was filed: _____

    (c) Nature of proceeding: _____

    (d) Grounds raised: _____

    _____

    _____

    _____

(e) Did you receive an evidentiary hearing on your petition, application, or motion? Yes ☐   No ☐

(f) Result: _____

(g) Date of Result: _____

(h) Did you appeal to an appellate federal court having jurisdiction, the result of action taken on any petition, application, or motion?
   Yes ☐   No ☒

(i) If your answer to (h) was "yes,"

   (1) Name of court: _____

   (2) Date the appeal was filed: _____

   (3) Grounds raised: _____
   _____

   (4) Result: _____

   (5) Date of Result: _____

(j) If your answer to (h) was "no," explain briefly why you did not file an appeal: I DIDNT UNDERSTAND THE IMPLICATIONS OF THE ORDER OF RESTITUTION UNTIL I GOT TO ASHLAND AND RECEIVED THE IFRP FROM MY COUNSELOR.

(k) If you sought further review of this decision by petitioning for certiorari in the United States Supreme Court, please answer the following with respect to your second petition, application, or motion:

   (1) The date the petition for certiorari was filed: _____

   (2) Result: _____

   (3) Date of result and citation, if known: _____

   (4) Grounds raised: _____
   _____

12. State *concisely* every ground on which you claim that you are being held in violation of the Constitution, laws or treaties of the United States. Summarize *briefly* the *facts* that support each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

   CAUTION: **If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.**
   For your information, the following is a list of the most frequently raised grounds for relief in these types of proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, *you should raise in this motion all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: __DENIAL OF EFFECTIVE ASSISTANCE OF COUNSEL__

Supporting FACTS (state *briefly* without citing cases or law): __WITH RESPECT TO THE ORDER OF RESTITUTION I WAS DENIED EFFECTIVE ASSISTANCE OF COUNSEL DUE TO THE FACT THAT THE RESPONSIBILITY OF RESTITUTION WAS NEVER ARGUED. I WAS ORDERED TO PAY THE ENTIRE AMOUNT ($133,006 WITH $30,428 TO BE PAID JOINT & SEVERAL WITH CO-DEFENDANT COURTNEY JOHNSON). RESTITUTION COULD HAVE BEEN ARGUED TO BE BASED ON CULPABILITY WHICH...__

B. Ground two: ____

Supporting FACTS (state *briefly* without citing cases or law): ____

C. Ground three: ____

Supporting FACTS (state *briefly* without citing cases or law): ____

D. Ground four: ____

SUPPORTING FACTS OF GROUND ONE (CONTINUED)

...THE LEAD AUSA STATED IN OPEN COURT WAS 50/50. THE RESTITUTION ORDER DOES NOT REFLECT THIS EQUAL CULPABILITY AS I WAS ORDERED TO PAY ROUGHLY 77% OF RESTITUTION ORDER.

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

13. If any of the grounds listed in 12A, B, C or D were not previously presented, state briefly what grounds were not so presented and give your reasons for not presenting them:_____

I WAS UNDER THE IMPRESSION THAT THE ENTIRE $133,006 WAS ORDERED TO BE PAID JOINT & SEVERAL EQUALLY SPLIT BETWEEN MYSELF & MY CO-DEFENDANT. UNTIL I FOUND OUT THE CONTRARY I DID NOT SEE THE NEED TO APPEAL.

14. Do you have any petition(s), application(s), motion(s), or appeal(s) now pending in any court as to the judgment under attack?
    Yes ☐  No ■

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing: N/A

    (b) At arraignment and plea: MARC D. WOLFE

    (c) At trial: N/A

    (d) At sentencing: ROSS EAGLE  53 W. JACKSON BLVD. SUITE 132A CHICAGO, IL 60604

    (e) On appeal: N/A

    (f) In any post-conviction proceeding: N/A

    (g) On appeal from any adverse ruling in a post-conviction proceeding: N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ■  No ☐

17. Do you have any future sentences to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐  No ■

    (a) If so, give the name and location of the court which imposed the sentence to be served in the future:_____

    _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? Yes ☐  No ☐

Wherefore, Movant prays that the Court grant him/her all relief to which he/she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   FEBRUARY 7, 2008                              _____
             Date                                            Signature of Movant

I hereby certify that this motion was delivered to the prison mail system for mailing on   FEBRUARY 7, 2008
                                                                                            Date

_____
Signature of Movant