UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
FEB 13 2008
Feb 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA
        PLAINTIFF,

VS.

LONNIE EVANS,
        DEFENDANT

CASE NO: 06CR3-1

MOTION FOR APPOINTMENT OF COUNSEL FOR THE PURPOSE OF § 2255

I, LONNIE EVANS, STATE THAT I AM THE DEFENDANT IN THE ABOVE ENTITLED CASE. I STATE THAT BECAUSE OF MY POVERTY AND DUE TO MY INCARCERATION I AM UNABLE TO AFFORD COUNSEL TO ASSIST ME FOR PURPOSES OF FILING A § 2255 MOTION.

WHEREFORE, I RESPECTFULLY REQUEST THE COURT TO APPOINT AN ATTORNEY TO ASSIST ME IN MY PURSUIT OF FILING A § 2255 MOTION TO THE COURT.

SIGNED: THIS THE 7TH DAY OF FEBRUARY, 2008

LONNIE EVANS, DEFENDANT

08CV941
JUDGE CASTILLO
MAGISTRATE JUDGE KEYS