UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.    08 C 941 |
| v. | ) | |
| | ) | Judge Ruben Castillo |
| LONNIE EVANS | ) | |

## ATTORNEY APPEARANCE

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

                                      Respectfully submitted,

                                      PATRICK J. FITZGERALD
                                      United States Attorney

                                      By:   <u>s/ Margaret A. Hickey</u>
                                              MARGARET A. HICKEY
                                              Assistant United States Attorney
                                              219 South Dearborn Street
                                              Chicago, Illinois 60604
                                              (312) 886-7633

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

**ATTORNEY APPEARANCE**

was served on February 27, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers, if any, and was sent by U.S. Mail on February 27, 2008, to the following non-ECF filer:

Lonnie Evans
Reg. No. 18421-424
FCI Ashland
P.O. Box 6001
Ashland, Kentucky 41105

                                                s/Margaret A. Hickey
                                                MARGARET A. HICKEY
                                                Assistant United States Attorneys
                                                219 South Dearborn
                                                Chicago, Illinois  60604
                                                (312) 886-7633