# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 941 | **DATE** | 3/6/2008 |
| **CASE TITLE** | United States of America vs. Lonnie Evans | | |

**DOCKET ENTRY TEXT**

After careful review of this recently filed §2255 petition, said petition is denied with prejudice for failure to set forth any constitutional defect involving petitioner's conviction or sentence. Petitioner only seeks to challenge his restitution order which was properly entered by this Court. Petitioner's motion for appointment of counsel [3] is denied.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|